# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| | ) (For Revocation of Probation or Supervised Release) |
| v. | ) |
| | ) |
| Pamela Dixon Wade | ) Case Number: 5:13CR00003-1 |
| | ) |
| | ) USM Number: 17945-021 |
| | ) |
| | ) F. David McCrea |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of special and mandatory conditions of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | April 26, 2015 |
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | July 11, 2015 |

The defendant is sentenced as provided in pages 3 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 4657

March 2, 2016
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Defendant's Year of Birth: 1972

City and State of Defendant's Residence:

Alma, Georgia

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

_March 7, 2016_
Date

DEFENDANT: Pamela Dixon Wade
CASE NUMBER: 5:13CR00003-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | August 18, 2015 |
| 4 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | September 27, 2015 |
| 5 | The defendant failed to participate as directed and approved by the probation officer in treatment for narcotic addiction, drug dependency, or alcohol dependency (special condition). | November 4, 2015 |

GAS 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 4

DEFENDANT: Pamela Dixon Wade
CASE NUMBER: 5:13CR00003-1

DEFENDANT: Pamela Dixon Wade
CASE NUMBER: 5:13CR00003-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>3 months as to Count 1 and 9 months as to Count 5, to be served consecutively. It is recommended that the defendant be given credit for time served since November 4, 2015.</u>

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: Pamela Dixon Wade
CASE NUMBER: 5:13CR00003-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** |  |  | $ 95,688 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| VA Debt Management Center |  | $ 95,688 | 100 % |
| **TOTALS** |  | $ 95,688 |  |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for ☐ fine ☐ restitution.

☐ the interest requirement for ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.